UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Craig D Jones<br>Deanna F Jones | CASE NO. 09-38776 |
| Debtor(s). | ORDER |

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc. its successors and/or assigns through its servicing agent US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated February 13, 2006, executed by Craig D Jones and Deanna F Jones husband and wife , recorded on March 01, 2006, as Document No. 2409751, covering real estate located in Dakota County, Minnesota, legally described as follows, to wit:

Lot 3 Block 3 Waterford Village Second According to the Recorded Plat thereof and Situate in Dakota County
And commonly known as 13927 Fawn Ridge Way, Apple Valley, Minnesota 55124

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: March 10, 2010

/e/ Dennis D. O'Brien
Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/10/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk